# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Case No. 3:08CR225

USA

**ORDER**

vs.

IVAN HRCKA

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following evidentiary hearing and appeal period; and

IT IS ORDERED that the clerk is hereby relieved of all responsibility for said exhibits and that upon request of the clerk, the custodian of the exhibits shall deliver said exhibits to the clerk forthwith.

This 18th day of December, 2008

Robert J. Conrad, Jr.
Chief U.S. District Judge

Robert J. Conrad, Jr.
Chief United States District Judge

Signed: December 18, 2008